Richmond    14-41678 (cec)

CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF NY

2017 MAY 11  P 1: 38

RECEIVED

**Bargain and Sale Deed, without Covenants against Grantor's Acts – Individual or Corporation.**
CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT – THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY.

THIS INDENTURE, made the 10th day of May, 2017

BETWEEN

231 Fourth Avenue Lyceum, LLC, having an office at 227 4th Avenue, Brooklyn, NY 11215, party of the first part, and

Eric Hawkes Richmond, residing at 2107 Regent Place, Brooklyn, NY 11226, party of the second part,

**WITNESSETH**, that the party of the first part, in consideration of ten ($10) dollars and other valuable consideration paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

**ALL** that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the County of Kings, known as 227-231 Fourth Avenue, Brooklyn, New York 11215, Boro: 3 (Brooklyn), Block: 955, Lot: 1, being intended to be the same premises as described in the deed dated January 7, 2005 and recorded on January 15, 2005 as recorded in document number CRFN2005000054607 and being more fully describe on Schedule "A" attached hereto,

TOGETHER with all right, title and interest, if any, of the party of the first part, in and to any streets and roads abutting the above-described premises to the center lines thereof; TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises; TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

AND the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose.

The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

**IN WITNESS WHEREOF**, the party of the first part has duly executed this deed the day and year first above written.

IN PRESENCE OF

*Lidya Maria Radin* (signature)

Lidya Maria Radin
c/o Joe Friendly
203 W. 107 Street, #8A
New York, New York 10025
Telephone: 516-445-4930
Email: radin.lidya2@gmail.com

Grantor: _____ (signature)
Eric Hawkes Richmond
President
231 Fourth Avenue Lyceum, LLC
Brooklyn, NY 11215
Telephone:   646-256-9613
Email:          gowanusx@gmail.com

KAMAL P. SONI
Notary Public, State of New York
No. 01SO6089949
Qualified in Kings County
Commission Expires March 31, 2019

STATE OF NEW YORK
COUNTY OF KINGS

SIGNED BEFORE ME ON  5/10/2017

LIDYA  MARIA  RADIN  AND
[illegible]

STATE OF NEW YORK         :
                          : ss.:
COUNTY OF Kings           :

On the 10th day of May, 2017 before me, the undersigned, personally appeared Eric Hawkes Richmond, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is(are) subscribed to within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted executed the instrument.

_____
Notary Public

KAMAL P. SONI
Notary Public, State of New York
No. 01SO6089949
Qualified in Kings County
Commission Expires March 31, 2019

STATE OF NEW YORK         :
                          : ss.:
COUNTY OF Kings           :

On the 10th day of May, 2017 before me, the undersigned, personally appeared Lidya Maria Radin, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is(are) subscribed to within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted executed the instrument.

_____
Notary Public

KAMAL P. SONI
Notary Public, State of New York
No. 01SO6089949
Qualified in Kings County
Commission Expires March 31, 2019

**BARGAIN AND SALE DEED WITHOUT COVENANTS**

**Grantor: 231 Fourth Avenue Lyceum, LLC**

**TO**

**Grantee: Eric Hawkes Richmond**

**ADDRESS:**         227-231 Fourth Avenue

**SECTION:**         3- Brooklyn

**BLOCK:**           955

**LOT:**             1

**COUNTY: Kings**

**Record and Return to:**    Eric Hawkes Richmond
                             2107 Regent Place
                             Brooklyn, NY 11226
                             gowanusx@gmail.com

## SCHEDULE A (Description)

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Borough of Brooklyn, County of Kings, City and State of New York, bounded and described as follows:

BEGINNING at the corner formed by the intersection of the Northerly side of President Street with the Easterly side of 4th Avenue;

THENCE Easterly along the Northerly side of President Street, 91 feet 10 Inches;

THENCE Northerly parallel with 4th Avenue, 60 feet;

THENCE Westerly parallel with President Street, 91 feet 10 inches to the easterly side of 4th Avenue;

THENCE Southerly along the Easterly side of 4th Avenue, 60 feet to the point or place of the BEGINNING.