UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK AT BROOKLYN

-------------------------------------------------x
IN RE:   Eric H. Richmond
         Debtor.
-------------------------------------------------x

CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK

2017 MAY 17  A 9: 36

Case No. 14-41678 (CEC)
CHAPTER 13

RECEIVED

**LETTER REQUEST FOR FINDINGS / TIME TO ADDRESS COURT ORDERED ARREST**

1. On May 10, 2017 Debtor presented the court with a copy of a deed transferring to the Debtor an asset with a value of approximately $17,000,000.

2. On May 10, 2017 Debtor presented the court with an amended plan.

3. The court ended Debtor's hearing on May 10, 2017 and had Debtor arrested in the midst of a required presentation of evidence of a crime by the Second Circuit under *18 United States Code 4*:

> Whoever, having knowledge of the actual commission of a felony cognizable by a court of the United States, conceals and does not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, shall be fined under this title or imprisoned not more than three years, or both.

4. Subsequent to arrest Debtor was ejected from the building.

5. The court must be aware that the deed changes the Debtor's financial state.

6. The court must be aware that any hearing on a plan or any threats of the court to make any findings on the now superseded plan are illegal as violations of both the due process rights of the debtor and creditors (notice and opportunity to be heard).

7. The court must be aware that any hearing that is ended WHILE a litigant/Debtor is detailing federal crimes as required by 18 USC 4 is a violation of due process.

8. The court must be aware that violations of due process by the court strip the court of any jurisdiction it may have had.

9. Debtor requests that all findings made by the court on or after the day of arrest be posted on PACER immediately and that the findings address the changed financial circumstances of Debtor, the impact of an amended plan on a hearing on the superseded plan and the court ordered arrest with ample time (90 days) for response to the arrest if the arrest in any way impacts Debtor's bankruptcy or Debtor's rights to due process.

May 17, 2017 - Brooklyn, NY

_____
Eric Richmond - DEBTOR, PRO SE
2107 Regent Place
Brooklyn, NY 11226
(646) 256-9613 / gowanusx@gmail.com

1

**UNITED STATES BANKRUPTCY COURT**
EASTERN DISTRICT OF NEW YORK

------------------------------------------------ X

In Re:

      Eric Richmond
                Debtor

------------------------------------------------ X

CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK

2017 MAY 17  A 9: 36

RECEIVED

Chapter 13
Case No. 14-41678 (CEC)

**AFFIRMATION OF SERVICE**

**STATE OF NEW YORK)**
                    ) ss.
**COUNTY OF KINGS)**

I, ERIC RICHMOND, being sworn, say:

I declare under penalty of perjury that the foregoing is true and correct.

I am a party to the action, am over 18 years of age and reside in Kings County, New York. On May 17, 2017 I served the within **LETTER REQUEST FOR FINDINGS / TIME TO ADDRESS COURT ORDERED ARREST BY ERIC RICHMOND** by depositing the same with the United States Postal Service.

The names and addresses of persons served by United States Postal Service:

| | |
|---|---|
| Stim and Warmuth<br>2 8th st<br>Farmingville, NY 11738<br>ATTN: Glenn P. Warmuth | United States Trustee<br>201 Varick Street, Suite 1006<br>New York, New York 10014<br>Attn: William Curtin<br><br>Michael Macco - Trustee<br>2950 Expy Dr S #109<br>Islandia, NY 11749 |

DATE: May 17, 2017

Signature: _____
ERIC RICHMOND
2107 Regent Place
Brooklyn, NY 11226