# Affidavit of Brett Wynkoop

CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK

2017 MAY 17 A 9:36

RECEIVED

State of New York
County of _New York_

Brett Wynkoop being duly sworn herby deposes and says:

1. I am over the age of 18 and a resident of New York State.

2. I swear the following to be true under penalty of perjury.

3. I have personal knowledge of the facts recounted below and would testify to the same in a court of law.

4. I was in the lobby of the Federal Bankruptcy Court at 271 Cadman Plaza East, Brooklyn, NY where the security check point at the main entrance is located on 2 occasions.

5. The first time was on 20 January 2017.

6. The second time was on 12 May 2017.

7. At no time did I observe in the lobby any signs regarding the Code of Federal Regulations.

SYED H ALAM
Notary Public - State of New York
NO. 01AL6349458
Qualified in Queens County
My Commission Expires Oct 17, 2020

_Brett Wynkoop_
Brett Wynkoop  _16_ May 2017

CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK

2017 MAY 17  A 9: 36

RECEIVED

**UNITED STATES BANKRUPTCY COURT**
EASTERN DISTRICT OF NEW YORK

------------------------------------------------- X

In Re:

       Eric Richmond
              Debtor

------------------------------------------------- X

Chapter 13
Case No. 14-41678 (CEC)

**AFFIRMATION OF SERVICE**

**STATE OF NEW YORK)**
               ) ss.
**COUNTY OF KINGS)**

I, ERIC RICHMOND, being sworn, say:

I declare under penalty of perjury that the foregoing is true and correct.

I am a party to the action, am over 18 years of age and reside in Kings County, New York. On May 17, 2017 I served the within **AFFIDAVIT REGARDING LACK CODE OF FEDERAL REGULATIONS NOTICE BY BRETT WYNKOOP** by depositing the same with the United States Postal Service.

The names and addresses of persons served by United States Postal Service:

| | |
|---|---|
| Stim and Warmuth<br>2 8th st<br>Farmingville, NY 11738<br>ATTN: Glenn P. Warmuth | United States Trustee<br>201 Varick Street, Suite 1006<br>New York, New York 10014<br>Attn: William Curtin<br><br>Michael Macco - Trustee<br>2950 Expy Dr S #109<br>Islandia, NY 11749 |

DATE: May 17, 2017
Signature: _____
ERIC RICHMOND
2107 Regent Place
Brooklyn, NY 11226