# AFFIDAVIT OF UNNAMED AGENT DIRECTING ARREST, LACK OF CODE OF FEDERAL REGULATIONS NOTICE, AND PROBABLE LACK OF FEDERAL JURISDICTION

STATE OF NEW YORK    }
                     } ss
COUNTY OF KINGS      }

I, Eric Richmond, being a resident of the State of New York, am competent and willing to testify, and having personal, first-hand knowledge of the facts stated herein, swear, under penalty of perjury except those those things stated to be upon information and belief, to the following:

1. Affiant was arrested outside Courtroom 3529 of Eastern District of New York Bankruptcy (EBNY) Bankruptcy Judge Carla Craig on Wednesday, May 10, 2017.
2. Affiant demanded to be taken in front of a judge.
3. Affiant was not taken in front of a judge, let alone without unnecessary delay as per Federal Rule of Criminal Procedure 5(a)(1).
4. Upon being stopped by unnamed agent and after repeatedly demanding of unnamed agent his name, unnamed agent directed three Homeland Security officers to arrest affiant.
5. The unnamed agent's photo is included at the right:
6. The three arresting homeland security officers identified themselves as Robinson, Rodrigues and Hall.
7. Affiant was cited with violations of the United States Code of Federal Regulations(CFR).
8. Affiant has been at the EBNY many times since April, 2013.
9. At no time prior to the May 10, 2017 arrest has any CFR sign warning entrants they are subject to CFR at the EBNY security checkpoint been present on affiant's visits to EBNY.
10. Affiant visited the EBNY building on May 11, 2017 and found there was still no CFR notice at or before the security checkpoint.
11. Upon information and belief the GSA claims ownership of the EBNY building.
12. Upon information and belief there is no record of the alleged GSA deed on ACRIS.
13. Upon information and belief there is no agreement with the State of New York ceding the buildings jurisdiction from the state to the Federal Government.
14. Upon information and belief there is no Federal jurisdiction to enforce the CFR absent proof of ownership, an agreement with the state ceding jurisdiction to the Federal Government and a posted warning at security that the CFR was in effect at the EBNY.
15. Upon information and belief the arrest and citation of affiant was without any authority.

Sworn to before me this          May 17, 2017           _____
17th Day of May, 2017                                    Eric Richmond
        Krista Werns                                     2107 Regent Pl. - Brooklyn, NY  11226

KRISTA WERNS
Notary Public, State of New York
No. 04WE6219517
Qualified in Kings County
Commission Expires March 29, 2018

CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

2017 MAY 17 A 9:37

RECEIVED

**UNITED STATES BANKRUPTCY COURT**
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------- X
In Re:

      Eric Richmond
                   Debtor
------------------------------------------------------- X

Chapter 13
Case No. 14-41678 (CEC)

**AFFIRMATION OF SERVICE**

**STATE OF NEW YORK)**
                 ) ss.
**COUNTY OF KINGS)**

I, ERIC RICHMOND, being sworn, say:

I declare under penalty of perjury that the foregoing is true and correct.

I am a party to the action, am over 18 years of age and reside in Kings County, New York. On May 17, 2017 I served the within **AFFIDAVIT OF UNNAMED AGENT DIRECTING ARREST, LACK OF CODE OF FEDERAL REGULATIONS NOTICE, AND PROBABLE LACK OF FEDERAL JURISDICTION BY ERIC RICHMOND** by depositing the same with the United States Postal Service.

The names and addresses of persons served by United States Postal Service:

| | |
|---|---|
| Stim and Warmuth<br>2 8th st<br>Farmingville, NY 11738<br>ATTN: Glenn P. Warmuth | United States Trustee<br>201 Varick Street, Suite 1006<br>New York, New York 10014<br>Attn: William Curtin<br><br>Michael Macco - Trustee<br>2950 Expy Dr S #109<br>Islandia, NY 11749 |

DATE: May 17, 2017
Signature: _____
ERIC RICHMOND
2107 Regent Place
Brooklyn, NY 11226