## AFFIDAVIT DETAILING IMPERMISSIBLE DETAINMENT

STATE OF NEW YORK    }
                     } ss
COUNTY OF KINGS      }

I, Eric Richmond, being a resident of the State of New York, am competent and willing to testify, and having personal, first-hand knowledge of the facts stated herein, swear, under penalty of perjury, to the following:

1. Affiant arrived at the Eastern District of New York Bankruptcy Bankruptcy Court Building (EBNY) at 271 Cadman Plaza, Brooklyn, NY 11201 at approximately 9:30 AM on Wednesday May 17, 2017.
2. Affiant was detained immediately by a court security officer who later identified himself as Baseria (phonetic).
3. Baseria placed himself and the authority of the United States Government between Affiant and the elevators/main staircase.
4. Baseria informed affiant that he was not free to go to all the public areas of the building, specifically rooms not on security checkpoint level.
5. Affiant informed Baseria that affiant had an absolute right to go to all public areas of the facility at all times that the building was open to the general public.
6. Baseria continued to refuse affiant access to all public areas of the building.
7. Affiant demanded supervisor intervention.
8. Baseria informed affiant that he must stay put while he got supervisor.
9. Affiant waited for Baseria to return.
10. Upon return Baseria informed Affiant that he was still not free to go to all public areas of the EBNY.
11. Affiant informed that Baseria had no right to block access to EBNY public areas.
12. Affiant was informed that he was allowed to go to the clerk's office only.
13. Affiant informed Baseria that he could not deny Affiant access to public areas of the EBNY but that he could follow affiant everywhere and that following Affiant everywhere would be a violation of Affiant's rights.
14. Affiant went to clerk's office to conduct a portion Affiant's desired EBNY activities.
15. Upon exit Baseria informed Affiant that he was acting on the word of his supervisor.

Sworn to before me this              May 19, 2017
19th Day of May, 2017
D. Bunji Fromartz
Notary Public, State of New York
No. 02FR4954194
Qualified in Kings County
Commission Expires August 7, 2017

Eric Richmond
2107 Regent Place
Brooklyn, NY 11226

**UNITED STATES BANKRUPTCY COURT**
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------- X
In Re:

        Eric Richmond

              Debtor

-------------------------------------------------- X

Chapter 13
Case No. 14-41678 (CEC)

**AFFIRMATION OF SERVICE**

**STATE OF NEW YORK)**
              ) ss.
**COUNTY OF KINGS)**

I, ERIC RICHMOND, being sworn, say:

I declare under penalty of perjury that the foregoing is true and correct.

I am a party to the action, am over 18 years of age and reside in Kings County, New York. On May 19, 2017 I served the within **AFFIDAVIT DETAILING IMPERMISSIBLE DETAINMENT BY ERIC RICHMOND** by depositing the same with the United States Postal Service.

The names and addresses of persons served by United States Postal Service:

| Stim and Warmuth<br>2 8th st<br>Farmingville, NY 11738<br>ATTN: Glenn P. Warmuth | United States Trustee<br>201 Varick Street, Suite 1006<br>New York, New York 10014<br>Attn: William Curtin<br><br>Michael Macco - Trustee<br>2950 Expy Dr S #109<br>Islandia, NY 11749 |
|---|---|

DATE: May 19, 2017
Signature: _____
ERIC RICHMOND
2107 Regent Place
Brooklyn, NY 11226

RECEIVED 2017 MAY 19 P 3:05
CLERK U.S. BANKRUPTCY COURT EASTERN DISTRICT OF NEW YORK