UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                                                    Chapter 13

Eric H. Richmond,                                                Case No. 14-41678-cec

                            Debtor(s).
-------------------------------------------------------------x

## ORDER TO FILE AMENDED PLAN AND
## CURE POST PETITION MORTGAGE ARREARS

**WHEREAS,** on April 7, 2014, Eric H. Richmond (the "Debtor") filed a voluntary petition for relief under chapter 13 of the Bankruptcy Code (ECF Doc. No. 1); and

**WHEREAS,** on April 21, 2014, the Debtor filed a chapter 13 plan (ECF Doc. No 14); and

**WHEREAS,** the Debtor's most recent amended chapter 13 plan was filed on May 10, 2017 (ECF Doc. No 487); and

**WHEREAS,** on August 25, 2014, Select Portfolio Servicing, Inc. (the "Secured Creditor") filed an amended proof of claim in the amount of $236,735.29, which shows pre-petition arrears in the amount of $64,078.94, secured by real property located at 66 Back Meadow Road, Nobleboro, ME (the "Secured Claim") (Proof of Claim No. 5-2); and

**WHEREAS,** on November 13, 2014, the Debtor filed an objection to the Secured Claim pursuant to Bankruptcy Code § 502(b) and Bankruptcy Rule 3007 (the "Motion") (ECF Doc. No 146); and

**WHEREAS,** on July 21, 2015, a decision and order were issued denying the Motion (the "Decision and Order") (ECF Doc. Nos. 269 & 266); and

**WHEREAS,** all motions to reconsider the Decision and Order and all appeals from the Decision and Order have been denied;

**WHEREAS,** the Debtor's plan provides for no payment to holders of allowed secured claims; and

**WHEREAS,** under Bankruptcy Code § 1322(b)(5) the plan is required to provide for the payment of all pre-petition arrears on the Secured Claim, and for the maintenance of post-petition payments due to the Secured Creditor while the case is pending;

**NOW, THEREFORE,** it is

**ORDERED,** that the Debtor shall file an amended chapter 13 plan on or before June 5, 2017, that pays the pre-petition arrears owed to the Secured Creditor in accordance with Bankruptcy Code § 1322(b)(5), together with applicable trustee's commissions, in equal monthly payments over the remaining life of the chapter 13 plan, which may not exceed June 30, 2019; and it is further

**ORDERED,** that on or before June 15, 2017, the Debtor shall provide proof that the post-petition mortgage payments owed to the Secured Creditor have been paid in accordance with Bankruptcy Code § 1322(b)(5); and it is further

**ORDERED,** that in the event the Debtor fails to comply timely with this order, this chapter 13 case may be dismissed without further notice or hearing.



**Dated: Brooklyn, New York**
**May 22, 2017**

_____
**Carla E. Craig**
**United States Bankruptcy Judge**