**UNITED STATES BANKRUPTCY COURT**
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------- X
In Re:                                                      Chapter 13
                                                            Case No. 14-41678 (CEC)

      Eric Richmond
           Debtor
------------------------------------------------------- X

**AFFIRMATION OF SERVICE**
**STATE OF NEW YORK)**
              ) ss.
**COUNTY OF KINGS)**

RECEIVED 2017 MAY 22 A 9: 15
CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

I, ERIC RICHMOND, being sworn, say:

I declare under penalty of perjury that the foregoing is true and correct.

I am a party to the action, am over 18 years of age and reside in Kings County, New York. On May 22, 2017 I served the within **IMPOSSIBLE DEED NOTARIZED ON JANUARY 15, 2015 BUT SWORN TO HAVE BEEN SIGNED IN THE FUTURE ON JANUARY 20, 2015 BY REFEREE GREGORY CERCHIONE AND NOTARY THERESA CARUSO** by depositing the same with the United States Postal Service.

The names and addresses of persons served by United States Postal Service:

| | |
|---|---|
| Stim and Warmuth<br>2 8th st<br>Farmingville, NY 11738<br>ATTN: Glenn P. Warmuth | United States Trustee<br>201 Varick Street, Suite 1006<br>New York, New York 10014<br>Attn: William Curtin<br><br>Michael Macco - Trustee<br>2950 Expy Dr S #109<br>Islandia, NY 11749 |

DATE: May 22, 2017

Signature: _____
ERIC RICHMOND
2107 Regent Place
Brooklyn, NY 11226

A15

## REFEREE'S DEED IN FORECLOSURE

THIS IS A LEGALLY BINDING INSTRUMENT. IF NOT FULLY UNDERSTOOD, WE RECOMMEND ALL PARTIES TO THE INSTRUMENT CONSULT AN ATTORNEY BEFORE SIGNING.

**THIS DEED**, made the 20th day of January, 2015.

**BETWEEN**

**GREGORY T. CERCHIONE, ESQ.**, having an address at Subin Associates LLP, 150 Broadway, 23rd Floor, New York, New York 10038,

Referee duly appointed in the action hereinafter mentioned, Grantor,

**AND**

**GREYSTONE PROPERTY DEVELOPMENT II CORP.**, c/o Greystone & Co., Inc., 152 West 57th Street, 60th Floor, New York, New York 10019, Grantee:

WITNESSETH, that the Grantor, the Referee appointed in an action between P.B. #7 LLC, Plaintiff, and 231 Fourth Avenue Lyceum, LLC, et al., Defendants, which action was filed in Supreme Court, Kings County, under Index No. 10035/08, foreclosing a consolidated mortgage as described on **Exhibit A** attached hereto and made a part hereof, pursuant to a judgment of foreclosure and sale dated September 28, 2012 and entered with the Supreme Court of the County of Kings on the 26th day of October 2012 and in consideration of SEVEN MILLION SIX HUNDRED THOUSAND AND NO/100 ($7,600,000.00) DOLLARS paid by the Grantee, being the highest sum bid at the sale under said judgment, does hereby grant and convey unto the Grantee, all the right, title and interest of the Defendants in and to the property more fully described on **Exhibit B** attached hereto and made a part hereof.

TO HAVE AND TO HOLD the premises herein granted unto the Grantee, and assigns forever.

Whenever the text hereof requires, the singular number as used herein shall include the plural and all genders.

[Signature page to follow]

23007582v3

1

EXHIBIT "B"

A16

**IN WITNESS WHEREOF**, the Grantor has hereunto set his hand and seal, the date first above written.


GREGORY T. CERCHIONE, Referee

STATE OF NEW YORK    )
                     )  ss.:
COUNTY OF NEW YORK   )

On the 15 day of January, 2015, before me, the undersigned, personally appeared GREGORY T. CERCHIONE, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
Notary Public

THERESA CARUSO
Notary Public, State of New York
No. 01CA6010794
Qualified in New York County
Commission Expires July 27, 2018

23007882v3