UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re                              tmm1634         Chapter 13

Eric H. Richmond                                   Case No.: 1-14-41678-cec
                        Debtor.
                                                   **AFFIDAVIT IN RESPONSE**
-----------------------------------------------------------x
STATE OF NEW YORK)
COUNTY OF SUFFOLK)ss:-

    MICHAEL J. MACCO, being duly sworn, deposes and says:

    1. I am the Standing Chapter 13 Trustee in the above referenced case and as such am fully and completely familiar with the facts and circumstances involved herein.

    2. I submit this affidavit in response to docket #495 on the Court's docket in this matter.

    3. Pursuant to the Court Order to file an Amended Plan and cure post-petition mortgage arrears, the debtor was to file a plan that pays all pre-petition mortgage arrears to the secured creditor, together with applicable Trustee commissions in equal monthly payments over the remaining life of the term, not to exceed June 30, 2019.

    4. The Order goes on to state that the debtor must provide proof that all post-petition mortgage payments owed to secured creditors have been paid since the date of filing until today's date.

    5. Debtor has defaulted on both of said decretal paragraphs by having failed to file a plan that pays the arrears in equally monthly installments over the remaining term of the plan and has failed to provide proof of post-petition mortgage payments to the secured creditor from the date of filing until today's date.

WHEREFORE, based on the default of the May 22, 2017 Order, this case shall be deemed dismissed by the Court.

---
MICHAEL J. MACCO

Sworn to before me this
19th day of June, 2017

/s/ Janine M. Zarrilli
Notary Public
*Janine M. Zarrilli*
*Notary Public, State of New York*
*No. 01ZA5084708*
*Qualified in Nassau County*
*Commission Expires September 8, 2017*

STATE OF NEW YORK)
COUNTY OF SUFFOLK)ss:-

    Carol Smith, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age, and resides at West Islip, New York.

    On June 19, 2017 deponent served the within:

**AFFIDAVIT IN RESPONSE**

upon the following parties, at the addresses designated by said parties for that purpose, by depositing a true copy of same, enclosed in a post-paid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

*Office U.S. Trustee*
*Eastern District of New York (Brooklyn Office)*
*U.S. Federal Office Building*
*201 Varick Street, Suite 1006*
*New York, New York  10014*

*Eric H. Richmond*
*227 4th Avenue*
*Brooklyn, NY  11215*

*Eric H. Richmond*
*66 Back Meadow Road*
*Nobleboro, Maine 04555*

                                             Carol Smith

Sworn to before me this
19th day of June, 2017

/s/ Janine M. Zarrilli
Notary Public
*Janine M. Zarrilli*
*Notary Public, State of New York*
*No. 01ZA5084708*
*Qualified in Nassau County*
*Commission Expires September 8, 2017*