Rosen, Kantrow & Dillon, PLLC
Counsel for the Defendant
38 New Street
Huntington, New York 11743
631 423 8527
Avrum J. Rosen

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

    ERIC H. RICHMOND                          Chapter 7

                                             Case No.: 14-41678-cec
                            Debtor.
-----------------------------------------------------------x
ERIC H. RICHMOND,

                          Plaintiff,

                                             Adv. Pro. No. : 17-1080-cec
    -against-

THERESA CARUSO,

                          Defendant.
-------------------------------------------------------------x

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF ALL PAPERS

**PLEASE TAKE NOTICE** that Theresa Caruso, the defendant in this proceeding, appears in this case, by her attorneys, ROSEN, KANTROW & DILLON, PLLC, and demands, pursuant to Section 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002 and 9010, that all notice given or required to be served in this case be given to and served upon the following:

ROSEN, KANTROW & DILLON, PLLC
38 New Street
Huntington, New York 11743

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes a demand not only for the notices and papers referred to in the rules specified above but also includes,

without limitation, a demand for any and all orders and notices of any application, including notice of any application to sell real estate property held by the debtor, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, or whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which affects the debtor or property of the debtor.

Dated:  Huntington, New York
        July 28, 2017

                Rosen, Kantrow & Dillon, PLLC
                Attorneys for Theresa Caruso

BY:    S/Avrum J. Rosen
        Avrum J. Rosen
        38 New Street
        Huntington, New York 11743
        631 423 8527
        arosen@rkdlawfirm.com