UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK AT BROOKLYN

-------------------------------------------------x

IN RE:  Case No. 14-41678 (CEC)

Eric H. Richmond  CHAPTER 13

  GOOD FAITH CERTIFICATE
                    Debtor.  OF COUNSEL

-------------------------------------------------x

## GOOD FAITH CERTIFICATE OF COUNSEL

Eric Richmond, DEBTOR, sets forth in this certification of counsel pursuant to 28 USC 144 as follows.

I am the above captioned DEBTOR and am fully familiar with the facts and circumstances of this matter;

The statements contained in this certification are true under penalty of perjury.

### GOOD FAITH STATEMENT

1. There is no definition of attorney in the federal courts.

2. Absent a federal definition, state law applies.

3. CPLR 105 defines an attorney as including those who prosecute or defend cases in person.

4. DEBTOR is pro se.

5. As an attorney under CPLR 105, DEBTOR states that this motion to recuse under 28 USC 144 is in good faith.

Affirmed August 17, 2017                    DEBTOR: _____
                                            Eric Richmond
                                            2107 Regent Place
                                            Brooklyn, NY 11226
                                            thegrowlerbk@gmail.com

1

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that on August 14, 2017, I served the foregoing **GOOD FAITH CERTIFICATE OF COUNSEL** dated **August 17, 2017 via** regular United States mail on the following:

Michael Macco - Trustee
2950 Express Drive S, Suite 109
Islandia, NY 11749

Dated August 17, 2017          By: _____
                                ERIC RICHMOND
                                PLAINTIFF, PRO SE