# Notice Recipients

District/Off: 0207−1        User: cteutonic        Date Created: 8/29/2017
Case: 1−14−41678−cec        Form ID: pdf000        Total: 3

**Recipients of Notice of Electronic Filing:**
ust        Office of the United States Trustee        USTPRegion02.BR.ECF@usdoj.gov

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        Eric H. Richmond        227 4th Avenue        Brooklyn, NY 11215
          Eric H Richmond         2107 Regent Place     Brooklyn NY 11226

TOTAL: 2